**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00389-CV
No. 05-15-00390-CV

**IN RE SKIP LAFAYETTE SPRINGER, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F1242039J, No. F1300590J**

# ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/     DAVID L. BRIDGES
        JUSTICE